# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

Jacksonville Division

FILED 6-6-22
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

LEGAL MAIL
Provided to Florida State Prison on 6-1-18 for mailing by MG

EVIDENTIARY HEARING

Case No. 3:22-cv-629-MMH-LLL
*(to be filled in by the Clerk's Office)*

MARIO Godhigh

Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

REQUESTING JURY TRIAL

-v-

JOSE PAS, & GILBERTO PEREZ [illegible], & JAIR BUTRON

Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: MARIO Godhigh

All other names by which you have been known: N/A

ID Number: M28779

Current Institution: Florida State Prison

Address: PO. BOX. 800

BRAiford, Fl, 33136

City, State, Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: JOSE PAZ

Job or Title *(if known)*: City of MiAMi POLICE

Shield Number: 14102309651

Employer: City of MiAMi POLICE DEP.

Address: 400 NW 2 AVENUE

MiAMi, Fl, 33136

City, State, Zip Code

☑ Individual capacity ☐ Official capacity

Defendant No. 2

Name: Gilberto PEREZ

Job or Title *(if known)*: City of MiAMi POLICE

Shield Number:

Employer: POLICE DEPARTMENT

Address: 400 NW 2 AVENUE

MiAMi, Fl, 33136

City, State, Zip Code

☑ Individual capacity ☐ Official capacity 33136

Defendant No. 3

Name: JAIR BUTRON

Job or Title *(if known)*: City Of Miami police

Shield Number:

Employer: City of MIAMI POLICE DEPT

Address: 400 NW 2nd AVENUE

MIAMI, FL 33136
City, State, Zip Code

[✓] Individual capacity [ ] Official capacity

Defendant No. 4

Name: MELISSA IVY SOFTNESS

Job or Title *(if known)*: STATE PROSECUTOR.

Shield Number: 98786

Employer: STATE ATTORNEY OFFICE

Address: 1350 NW 12 AVENUE

MIAMI, FL 33136
City, State, Zip Code

[✓] Individual capacity [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. ~~Are you bringing suit against *(check all that apply)*:~~

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

I'm being ILLEGAlly DETAINED ON CRIME OF BURGLARY AND GRAND theft I NEVER committed FALSE IMPRISONMENT.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

CONSTITUTIONAL RIGHTS VIOLATED POLICE MADE AN FALSE ARREST by ARRESTING ME DURING TRIAL STATE PROSECUTOR SHOWED THE JURERS AN PHOTOGRAPH OF ME HANDCUFFED →

To The City of MIAMI police bench at the City of Miami police Station telling to the Jubebs to Look At the photo that I MARIO Godhigh WAS WEARING

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Shoes that would benseful has if I did went into CEMEX Consstruction site it no shoe prints FALSE ARREST And Photograph WASN'T ON the Exhibits Exhibits

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

For my FALSE ARREST I want to $ 3.5 million dollars

## IV. Statement of Claim FALSE ARREST

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

Miami, florida.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

C. What date and approximate time did the events giving rise to your claim(s) occur?

OCtobER 22,2014. Time 22:44 AM

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* ON OCtobER 22, 2014 hAS I WAS Riding my bicycle Going home I WAS stopped by These police officers police told me to Got off my bicycle then I WAS placed IN back of The police CAR unhandcuffed few minutes LATER police Told me to stepped out of the police CAR NEXT thing I KNEW I WAS charge with AN UNOCCUPIED BURGLARY AND GRANdtheft of CEMEX CONSTRUCTION site Im FAlsely ACCUSEd for HAVING 8 CEMENT ChUTES from off back of CEMENT TRUCKS. it WASN't NO PROBABLE CAUSE TO STOP ME police officer WAS off duty. police officer UNLAWful ARREST

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

YES I NEVER had Anything IN my possession my MIRANDA Rights WASN't READ to ME.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. Emotional Distress, depressions my FAther ALVIN Godhigh passed AWAY And I Couldn't Attend my FAthers funeral IN GEORGIA. Which WAS AN hurtful FEELing

To This Courts question All police officers why they PERSURED FAlse TESTIMONIES LIED And SAid that I told Them that I WAS the lookout why the other person WAS burglarizing The CONSTRUCTION site RELIEF; JURY TRIAL

AND SHOW SUBES ALL THE EVIDENCE THIS ALL MY EVIDENCE TO PROVE THAT I'M INNOCENT AND PUBLIC DEFENDER OFFICE NEVER GOTTEN OFFICER JOSE PAZ DEPOSITIONS



## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." BELIEF: UNITED STATES COURTS

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies. RELEASE ME FROM PRISON I'M AN INNOCENT MAN

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

- [ ] Yes
- [x] No

I JUST DIDN'T NO HOW TO MAKE THE LEGAL ARGUMENTS THAT WOULD GIVE ME THE BELIEF

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). BASICALLY JUST WAS WRITING LETTERS TO THE COURTS TO SEE IF I COULD BRING TO THERE INTENTIONS THAT I'M INNOCENT ALL I WAS DOING WAS RIDING MY BICYCLE GOING HOME.

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

- [x] Yes
- [ ] No
- [ ] Do not know

US. FEDERAL DISTRICT COURTS I GOT FOUND GUILTY ON FALSE CHARGES BUT I NEVER

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims? GAVE UP NOT ONE TIME

- [ ] Yes
- [x] No
- [ ] Do not know

BELIEF: US COURTS INVESTIGATE. THIS CASE. I WANT THE COURTS TO STEP IN ON THIS BELIEF GIVE ME AN PHONE CONFERENCE AN AN

If yes, which claim(s)? INTERVIEW. RESPONSE BACK TO ME WAS THAT I AFTO ADDRESS THIS WITH THE COURTS WHO HAD SENTENCE ME. AND ITS BEYOND DOC CONTROLL

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

- [x] Yes
- [ ] No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

- [ ] Yes
- [ ] No

E. If you did file a grievance:

1. Where did you file the grievance? GRIEVANCE #1810-102-027

APALACHEE CORRECTIONAL INSTITUTIONAL

2. What did you claim in your grievance?

ON how I WAS BEING FALSELY ACCUSED

3. What was the result, if any?

beyond their CONTROL I HAVE TO WRITE to THE COURTS

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

THAT WHO SENTENCE ME.
TO THIS US FEDERAL DISTRICT COURT
police officers PERJURED FALSE testimonies TO GET ME CONVICTED wrongfully I WAS RIDING MY bicycle

GOING HOME POLICE SAID I WAS WALKING MY BIKE PLEASE RELEASE ME FROM PRISON

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

EXhibits AttAched

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

- [x] Yes
- [ ] No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

UNITED STATES DISTRICT COURTS

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒ Yes I did wrote to the US federal District Courts About my wrongful Conviction I dont have case number in front of me

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) Mario Godhigh

   Defendant(s) United States District ↳ Forushell

2. Court *(if federal court, name the district; if state court, name the county and State)*

   United States District Court

3. Docket or index number

   3:22-CV-00548-BJD-MCR

4. Name of Judge assigned to your case

   Brian J. Davis

5. Approximate date of filing lawsuit

   5/19/2022

6. Is the case still pending?

   ☐ Yes

   ☒ No

   If no, give the approximate date of disposition. ______

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   dismissed without prejudice

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment? Yes United States Courts And Miami Dade County Criminal Courts

BEING FEDS COURTS QUESTION ALL PARTIES AND PROSECUTOR WHAT WAS THE

- [x] Yes
- [ ] No

REASONS why she showed photograph of me handcuffed to

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

THE JURORS.

1. Parties to the previous lawsuit

   Plaintiff(s) MARIO Godhigh

   Defendant(s) DIXON

2. Court *(if federal court, name the district; if state court, name the county and State)*

   US FEDERAL

3. Docket or index number

   3:22-CV-00481-MMH-PDB

4. Name of Judge assigned to your case

   MARCIA MORALES HOWARD

5. Approximate date of filing lawsuit

   5/16/2022

6. Is the case still pending?

   - [ ] Yes
   - [x] No

   If no, give the approximate date of disposition

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   dismissed without PREJUDICE

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 5-31-2022

Signature of Plaintiff: Mario Godhigh

Printed Name of Plaintiff: MARIO GODHIGH

Prison Identification #: M38779

Prison Address: P.O. BOX 800

BRAFORD (City) FL (State) 32083 (Zip Code)

### B. For Attorneys

Date of signing: ______

Signature of Attorney ______

Printed Name of Attorney ______

Bar Number ______

Name of Law Firm ______

Address ______

City ______ State ______ Zip Code ______

Telephone Number ______

E-mail Address ______